Case 5:24-cv-01802-KK-E  Document 38  Filed 08/05/25  Page 1 of 2  Page ID #:211

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDHAUS CONSTRUCTION PVT LTD., an Indian Company,<br><br>Plaintiff,<br><br>v.<br><br>BMCI, INC., d/b/a BERGANDI MACHINERY COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:24-cv-01802-KK (Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the terms of a settlement agreement that was recently executed by plaintiff Worldhaus Construction Pvt Ltd. ("Worldhaus") and BMCI, Inc. ("BMCI") (collectively, the "Parties"), the joint stipulation of dismissal executed and filed by the Parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    1.    The stipulation by the Parties under Fed. Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby GRANTED;

2. The above-entitled action is dismissed *with prejudice* as to all defendants;

3. Each Party shall bear their own fees and costs; *and*

4. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. If BMCI fails to make its payments as outlined in the settlement agreement, Worldhaus may file the stipulated judgment that has already been executed by the Parties.

**IT IS SO ORDERED.**

DATED: August 5, 2025

HON. KENLY KIYA KATO
U.S. DISTRICT COURT JUDGE